(V. D. 77)

GEORGE SCHERR & CO., INC. *v.* UNITED STATES

Entry No. 712239.

(Decided May 22, 1958)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: This is a valuation proceeding which arose by reason of a judgment rendered by the second division of this court in the case of *Manufacturers Steel Corp. et al.* v. *United States*, 36 Cust. Ct. 482, Abstract 60048.

The cause of action, having been formally abandoned, is dismissed. Judgment will issue accordingly.